Mr. Justice Montemuro is sitting by designation.

## ORDER

PER CURIAM.

AND NOW, this 15th day of April, 1996, the Motion for Reconsideration En Banc is DENIED.

■

## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Robert WHARTON, Petitioner.

### No. 50 Capital Appeal Docket.

Supreme Court of Pennsylvania.

April 19, 1996.

William T. Cannon, Philadelphia, Billy H. Nolas, Penna. Post Conviction Def. Organization, Philadelphia, for appellant.

Catherine Marshall, Office of the District Attorney, Philadelphia, Robert A. Graci, Office of the Attorney General, Harrisburg, for the Commonwealth.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April, 1996, upon consideration of petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed until the United States Supreme Court either denies his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Wharton*, 542 Pa. 83, 665 A.2d 458 (1995), or, if the writ of certiorari is granted on this case, until the United States Supreme Court issues a ruling or opinion on the merits following argument disposing of the matter.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## W. Gustave McGEORGE, Respondent.

### No. 202, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 24, 1996.

## ORDER

PER CURIAM:

AND NOW, this 24th day of April, 1996, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 19, 1996, it is hereby

ORDERED that W. GUSTAVE McGEORGE, be and he is SUSPENDED from the Bar of this Commonwealth for a period of six (6) months, retroactive to August 31, 1995, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.